UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In re:

REMINGTON ARMS COMPANY, LLC,

Debtor.

Chapter 11

Case No. 20-81692-11    (    )

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rules 1007(a)(1) and 7007.1, the following is a list of any corporation, other than a governmental unit, that directly or indirectly owns 10% or more of any class of equity interests in the above-captioned debtor.

| Debtor | Direct Owner(s) | Indirect Owners |
|---|---|---|
| Remington Arms Company, LLC | FGI Operating Company, LLC<br>100 Electronics Boulevard SW<br>Huntsville, AL 35824 | Remington Outdoor Company, Inc.<br>100 Electronics Boulevard SW<br>Huntsville, AL 35824<br><br>FGI Holding Company, LLC<br>100 Electronics Boulevard SW<br>Huntsville, AL 35824<br><br>Cede & Co.[1] |

---

[1] The majority of the common stock of Remington Outdoor Company, Inc. is held by Cede & Co. as the nominal holder. The Debtors are informed and believe that (i) funds managed (but not owned) by Franklin Advisers hold shares and debt securities issued by the Debtors; (ii) the percentage of shares owned by these separate funds if aggregated exceeds 10% of the total equity; and (iii) at least one individual fund managed by Franklin holds more than 10% of the equity.  The Debtors are also informed and believe that J.P. Morgan Investment Management, Inc. and JPMorgan Chase Bank, N.A. manage investment accounts on behalf of multiple direct or indirect owners who, in the aggregate, own 10% or more, of the equity interests in the Debtors. The Debtors are not able to independently verify these holdings.

Fill in this information to identify the case and this filing:

Debtor Name  Remington Arms Company, LLC

United States Bankruptcy Court for the Northern District of Alabama

Case number *(if known)*: 20-81692-11

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership, or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* ___
- ☐ *Chapter 11* or *Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration  Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

Executed on   07/27/2020          X  *[signature]*
              MM/DD/YYYY            Signature of individual on behalf of debtor

                                    Ken D'Arcy
                                    Printed name

                                    Chief Executive Officer
                                    Position or relationship to debtor