# Fill in this information to identify the case and this filing:

Debtor Name  Remington Arms Company, LLC

United States Bankruptcy Court for the Northern District of Alabama

Case number *(if known)*:  20-81692-11

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 40 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 40 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | PENSION BENEFIT GUARANTY CORPORATION<br>OFFICE OF THE GENERAL COUNSEL<br>1200 K STREET, N.W.<br>WASHINGTON, DC 20005-4026 | PENSION BENEFIT GUARANTEE CORPORATION<br>OFFICE OF THE GENERAL COUNSEL<br>PHONE; 202-326-4020 X4638<br>FAX: 202-326-4112<br>EMAIL: NEUREITER.KIMBERLY@PBGC.COM | Pension Liability | Contingent, Unliquidated | | | Undetermined |
| 2 | STATE OF ARKANSAS<br>PO BOX 3861<br>LITTLE ROCK, AR 72203-3861 | JACK THOMAS, PROJECT MANAGER, BUSINESS DEVELOPMENT<br>ARKANSAS ECONOMIC DEVELOPMENT COMMISSION<br>PHONE: 501-413-9984<br>FAX: 501-682-7094<br>EMAIL: JTHOMAS@ARKANSAS.GOV | Development Agreement | | | | Undetermined |
| 3 | CITY OF HUNTSVILLE<br>112 SPRAGINS AVENUE,<br>HUNTSVILLE, AL 35801 | CITY OF HUNTSVILLE<br>PHONE: 866-478-8845<br>FAX: 256-883-3682<br>EMAIL: SHERRI.COONS@HSVUTIL.ORG | Development Agreement | | | | Undetermined |
| 4 | STATE OF ALABAMA<br>12 WATER STREET<br>CAMDEN, AL 36726 | STATE OF ALABAMA<br>PHONE: 334-682-9914<br>FAX: 334-242-4993 | Development Agreement | | | | Undetermined |
| 5 | STATE OF MISSOURI<br>400 NORTH CAPITAL ST NW #376<br>WASHINGTON DC 20001 | SARAH WARREN, INCENTIVE SPECIALIST<br>MISSOURI DEPARTMENT OF ECONOMIC DEVELOPMENT<br>PHONE: 573-526-6708<br>FAX: 573-526-9810<br>EMAIL: SARAH.WARREN@DED.MO.GOV | Development Agreement | | | | Undetermined |
| 6 | ST MARKS POWDER<br>PO BOX 603463<br>CHARLOTTE, NC 28260-3463 | ST MARKS POWDER<br>ATTN: HEATHER SWAIN<br>PHONE: 850-577-2057<br>FAX: 850-577-2806<br>EMAIL: HEATHER.SWAIN@GD-OTS.COM | Trade | | | | $1,828,873 |
| 7 | ECO-BAT INDIANA LLC<br>PO BOX 846010<br>DALLAS, TX 75284-6010 | ECO-BAT INDIANA LLC<br>PHONE: 214-583-0336<br>FAX: 214-831-4013<br>ATTN: DANNY GUERRA, CORPORATE CREDIT MANAGER<br>EMAIL: DGUERRA@RSRNA.COM | Trade | | | | $1,682,382 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | DASAN USA INC.<br>2400 MAIN STREET NW<br>DULUTH, GA 30097 | DASAN USA INC.<br>TIM SHIN<br>PHONE: 775-657-7053<br>FAX: 770-623-6723<br>EMAIL: TIM.SHIN@DASAN-USA.COM | Trade | | | | $987,818 |
| 9 | SWANSON MARTIN & BELL<br>ATTN: ANDREW LOTHSON<br>330 NORTH WABASH AVE SUITE 3300<br>CHICAGO, IL 60611 | SWANSON MARTIN & BELL<br>ATTN: ANDREW LOTHSON<br>EMAIL: ALOTHSON@SMBTRIALS.COM<br>FAX: 312-321-0990<br>PHONE: 412-321-9100 | Professional Services | | | | $972,362 |
| 10 | ART GUILD INC.<br>300 WOLF DRIVE<br>WEST DEPTFORD, NJ 08086 | ART GUILD INC.<br>ATTN: BERNADETTE SANDONE, A/R MANAGER<br>PHONE: 856-853-7500<br>FAX: 856-686-4184<br>EMAIL: BSANDONE@ARTGUILD.COM | Marketing Services | | | | $950,624 |
| 11 | ALLIANT TECHSYSTEMS OPERATIONS LLC<br>PO BOX 734341<br>CHICAGO, IL 60673-4341 | ALLIANT TECHSYSTEMS OPERATIONS LLC<br>PHONE: 800-276-9337<br>FAX: 540-639-8496<br>EMAIL: GARY.DUGAN@NGC.COM | Trade | | | | $866,737 |
| 12 | MSC INDUSTRIAL SUPPLY CO<br>PO BOX 953635<br>SAINT LOUIS, MO 63195-3635 | MSC INDUSTRIAL SUPPLY CO<br>JANET LEGETTE<br>PHONE: 704-987-5679 X125679<br>EMAIL: LEGETTEJ@MSCDIRECT.COM<br>FAX: 516-812-2530 | Trade | | | | $837,152 |
| 13 | QIQIHAR HAWK INDUSTRIES CO LTD<br>15 NAN YUAN ROAD<br>QIQIHAR HEILONGIANG PROVINCE, CHINA 161005 | QIQIHAR HAWK INDUSTRIES CO LTD<br>PHONE: 86-186-0512-7427<br>FAX: 86-452-234-0633<br>EMAIL: XYJTO452@ALIYUN.COM | Trade | | | | $678,072 |
| 14 | THE DOE RUN COMPANY<br>ATTN: DEB MEDLEY<br>75 REMITTANCE DRIVE, SUITE 2172<br>CHICAGO, IL 60675-2172 | THE DOE RUN COMPANY<br>ATTN: DEB MEDLEY<br>PHONE: 314-453-7115<br>FAX: 314-453-7189<br>EMAIL: CEO@DOERUN.COM | Trade | | | | $626,539 |
| 15 | HELIO PRECISION INC.<br>601 NORTH SKOKIE HIGHWAY<br>LAKE BLUFF, IL 60044 | HELIO PRECISION INC.<br>PHONE: 864-879-8100<br>FAX: 847-473-1306<br>EMAIL:AR.ROCHESTER@HNPRECISION.COM | | | | | $473,677 |
| 16 | SAP AMERICA INC.<br>PO BOX 7780-824024<br>PHILADELPHIA, PA 19182-4024 | SAP AMERICA INC.<br>ATTN: MICHAEL JON DEL ROSARIO<br>PHONE: 1-866-857-2621 X2<br>FAX: 336-548-8761<br>EMAIL: MICHAEL.JON.DEL.ROSARIO@SAP.COM | Trade | | | | $472,524 |
| 17 | DIE-NAMIC INC.<br>PO BOX 30516<br>LANSING, MI 48909-8016 | DIE-NAMIC<br>ATTN: ROBERT BOLOGNA<br>PHONE: 734-710-3217<br>FAX: 734-710-3223<br>EMAIL: ROBERTBOLOGNA@DIE-NAMIC.COM | Trade | | | | $449,985 |
| 18 | A M CASTLE & CO / CASTLE METALS<br>11125 METROMONT PARKWAY<br>CHARLOTTE, NC 28269 | A M CASTLE & CO / CASTLE METALS<br>PHONE: 847-349-3851<br>FAX: 716-748-7788<br>EMAIL: JKANUTE@AMCASTLE.COM | Trade | | | | $448,323 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 19 | KENNAMETAL INC. 307 23RD STREET EXT SUITE 950 PITTSBURGH, PA 15215 | KENNAMETAL INC. PHONE: 630-963-9194 FAX: 800-294-9871 EMAIL: K-NA.CREDIT@KENNAMETAL.COM / DIANE.LISOVICH@KENNAMETAL.COM | Trade | | | | $438,111 |
| 20 | DECIMET SALES INC. ATTN: BUTCH ANDERSON 14200 JAMES ROAD ROGERS, MN 55374 | DECIMET SALES INC. ATTN: BUTCH ANDERSON PHONE: 763-428-4321 FAX: 763-428-8285 EMAIL: INFO@DSIMN.COM | Trade | | | | $378,332 |
| 21 | ALLTRISTA PLASTICS LLC LOCKBOX #745397 PO BOX 745397 ATLANTA, GA 30384-5397 | ALLTRISTA PLASTICS LLC PHONE: 864-879-8100 FAX: 417-873-2100 EMAIL: DHIGGINS@JARDENPLASTICS.COM | Trade | | | | $369,192 |
| 22 | BROTHERS & CO 4860 SOUTH LEWIS TULSA, OK 74105-5175 | BROTHERS & CO PHONE: 918-743-8822 FAX: 918-742-9628 EMAIL: LINDA.MILLIGAN@BONNIERCORP.COM | Marketing Services | | | | $344,444 |
| 23 | CONTINENTAL TRAFFIC SERVICE INC. 5100 POPLAR AVENUE - 15TH FLOOR MEMPHIS, TN 38137 | CONTINENTAL TRAFFIC SERVICE INC. ALLISON DOUGLAS PHONE: 888-836-5135 X7481 FAX: 901-766-1522 EMAIL: ALLISOND@CTSI-GLOBAL.COM | Trade | | | | $332,589 |
| 24 | CHESSGROUP 7010 FLY ROAD EAST SYRACUSE, NY 13057 | CHESSGROUP PHONE: 315-200-1037 FAX: 315-432-0899 EMAIL: ADMIN@CHESSGROUP.COM | Trade | | | | $317,135 |
| 25 | AMARK ENGINEERING & MFG INC. 203 MAIN ST SW GRAVETTE, AR 72736 | AMARK ENGINEERING & MFG INC. PHONE: 479-787-5206 FAX: 479-787-6503 EMAIL: LAWANNA@AMARKENG.COM | Trade | | | | $308,768 |
| 26 | VISTA OUTDOOR SALES LLC PO BOX 734147 CHICAGO, IL 60673-4147 | VISTA OUTDOOR SALES LLC PHONE: 763-433-1000 FAX: 913-752-3571 EMAIL: TRACY.REDDEMANN@VISTAOUTDOOR.COM | Trade | | | | $281,016 |
| 27 | PRODUCTO CORPORATION 2980 TURNER RD JAMESTOWN, NY 14701 | PRODUCTO CORPORATION PHONE: 800-828-2216 FAX: 716-484-2235 EMAIL: JANDERSON@RINGPRECISION.COM | Trade | | | | $256,961 |
| 28 | DAYTON LAMINA CORP PO BOX 77000 DETROIT, MI 48277-1830 | DAYTON LAMINA CORP PHONE: 937-859-5111 FAX: 937-859-5353 EMAIL: JDE@DAYTONPROGRESS.COM | Trade | | | | $245,432 |
| 29 | SAFARI CLASSICS PRODUCTION 5206 MCKINNEY AVENUE, SUITE 101 DALLAS, TX 75205 | SAFARI CLASSICS PRODUCTION PHONE: 214-360-9599 FAX: 214-361-8789 EMAIL: TDANKLEF@AOL.COM | Trade | | | | $243,750 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 30 | GENERAL DYNAMICS  55 MASSON STREET, CP 5520  VALLEYFIELD, OC J6S 4VP  CANADA | GENERAL DYNAMICS  ATTN: SUZIE TAILLEFER  PHONE: 450-377-7835  FAX: 450-377-7800  EMAIL: SUZIE.TAILLEFER@CAN.GD-OTS.COM | Trade | | | | $240,349 |
| 31 | NATIONAL RIFLE ASSOCIATION  11250 WAPLES MILL RD  FAIRFAX, VA 22030 | NATIONAL RIFLE ASSOCIATION  PHONE: 703-267-1659  FAX: 703-267-3800  EMAIL: ACCOUNTSRECEIVABLE@NRAHQ.ORG | Marketing Services | | | | $232,528 |
| 32 | G & R MANUFACTURING  190 SHERIDAN DRIVE  NAUGATUCK, CT 6770 | G & R MANUFACTURING  PHONE: 203-729-2224  FAX: 203-729-3113  EMAIL: LINDSAY@GRMANUFACTURING.COM | Trade | | | | $214,159 |
| 33 | DAY PITNEY LLP  1 JEFFERSON ROAD  PARSIPPANY, NJ 07054-2833 | DAY PITNEY LLP  PHONE: 860-275-0100 | Legal | | | | $209,695 |
| 34 | NORDIC COMPONENTS INC.  79 E 8TH STREET  WACONIA, MN 55387 | NORDIC COMPONENTS INC.  PHONE: 952-442-8901  FAX: 952-442-8999  EMAIL: NORTICCOMP@GMAIL.COM / JARMO@NORDICCOM.COM | Trade | | | | $193,774 |
| 35 | GEODIS LOGISTICS LLC  15604 COLLECTION CENTER DRIVE  CHICAGO, IL 60693 | GEODIS LOGISTICS LLC  ATTN: VIVIAN HARRIS, A/R MANAGER  PHONE: 615-880-4865  FAX: 615-377-3977  EMAIL: VHARRIS@OHL.COM | Trade | | | | $190,616 |
| 36 | BUSHNELL INC.  PO BOX 734154  CHICAGO, IL 60673-4154 | BUSHNELL INC.  PHONE: 913-752-3400  FAX: 913-752-3571  EMAIL: TRACY.REDDEMANN@VISTAOURDOOR.COM | Trade | | | | $189,760 |
| 37 | OBERG INDUSTRIES  2301 SILVERVILLE ROAD  FREEPORT, PA 16229-0315 | OBERG INDUSTRIES  PHONE: 724-235-6101  FAX: 724-353-9755  EMAIL: ACCOUNTS.RECEIVABLE@OBERG.COM | Trade | | | | $189,423 |
| 38 | VILLAGE OF ILION TREASURER  PO BOX 4231  UTICA, NY 13504-4231 | VILLAGE OF ILION TREASURER  PHONE: 315-895-7449  FAX: 315-894-6050  EMAIL: ILION@ILIONNY.COM | Tax | | | | $174,634 |
| 39 | OHIO BROACH & MACHINE CO  35264 TOPPS IND PKWY  WILLOUGHBY, OH 44094 | OHIO BROACH & MACHINE CO  PHONE: 440-946-1040  EMAIL: JLUTZ@OHIOBROACH.COM | Trade | | | | $154,479 |
| 40 | WESTROCK CONVERTING  PO BOX 409813  ATLANTA, GA 30384-9813 | WESTROCK CONVERTING  ATTN: ROY MAYE, CREDIT MANAGER  PHONE: 678-291-7378  FAX: 256-734-1477  EMAIL: ROY.MAYE@WESTROCK.COM | Trade | | | | $150,974 |

Fill in this information to identify the case and this filing:

Debtor Name  Remington Arms Company, LLC

United States Bankruptcy Court for the Northern District of Alabama

Case number *(if known)*: 20-81692-11

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership, or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐  *Schedule H: Codebtors* (Official Form 206H)

☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  *Amended Schedule* ___

☒  *Chapter 11* or *Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders*   (Official Form 204)

☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

Executed on  07/27/2020          X  _____
             MM/DD/YYYY              Signature of individual on behalf of debtor

                                    Ken D'Arcy
                                    Printed name

                                    Chief Executive Officer
                                    Position or relationship to debtor